IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUEL RAUL REYO PENA GARCIA MONTERO, aka MANUEL REYES-PENA BOP ID # 0974-000, | § § § § § | |
| Plaintiff, | § | |
| vs. | § | No. 3:14-CV-3971-K-BH |
| | § | |
| CHIEF COMMANDER of the UNITED STATES | § § § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Application to Proceed In District Court Without Prepaying Fees*, received November 10, 2014 (doc. 4), is **DENIED.** By separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g). The plaintiff is **WARNED** that if he continues to file civil actions without prepaying the filing fee or making a showing of imminent danger, he could be subject to sanctions, up

to and including monetary sanctions payable to the Court.

    SO ORDERED.

    Signed December 12th, 2014.

_Ed Kinkeade_
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**