IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANUEL RAUL REYO PENA ) | |
| GARCIA MONTERO, ) | |
| aka Manuel Reyes-Pena, ) | |
| ID # 0974-000, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:14-CV-3971-K-BH |
| ) | |
| CHIEF COMMANDER of the ) | |
| UNITED STATES, ) | |
|     Defendant. ) | |

RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is the plaintiff's *Application to Proceed In Forma Pauperis* on appeal, with the required Certificate of Inmate Trust Account, received July 28, 2015 (doc. 10).

(**X**)     The request for leave to proceed *in forma pauperis* on appeal should be **DENIED** because the applicant/appellant is barred from proceeding in forma pauperis on appeal because of the "three strikes" rule of 28 U.S.C. § 1915(g), as set forth in the November 17, 2014 Findings, Conclusions and Recommendation (doc. 5.)

**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 29th day of July, 2015.**

                                                   IRMA CARRILLO RAMIREZ
                                                   UNITED STATES MAGISTRATE JUDGE