IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANUEL RAUL REYO PENA ) | |
| GARCIA MONTERO, ) | |
| aka Manuel Reyes-Pena, ) | |
| ID # 0974-000, ) | |
|      Plaintiff, ) | |
| vs. ) | No. 3:14-CV-3971-K-BH |
| ) | |
| CHIEF COMMANDER of the ) | |
| UNITED STATES, ) | |
|      Defendant. ) | |

ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)   The application for leave to proceed *in forma pauperis* on appeal is **DENIED** because the applicant/appellant is barred from proceeding in forma pauperis on appeal based on the "three strikes" rule of 28 U.S.C. § 1915(g), as set forth in the November 17, 2014 Findings, Conclusions and Recommendation (doc. 5). To the extent that the appellant seeks to assert new claims by attaching his internal claim form to the Bureau of Prisons for property damage or loss to his in forma pauperis motion, he must file a new lawsuit. (See doc. 10, at 3.)

SO ORDERED.

Signed July 29, 2015.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE